KANT SLIP FEDERAL CREDIT UNION, INC., APPELLANT, *v.* DUDLEY, ADMR., BUREAU OF UNEMPLOYMENT COMPENSATION, APPELLEE.

(No. 40294—Decided February 15, 1967.)

*Mr. Claude E. Clarke, Mr. Clifford G. Niemeyer* and *Mr. James L. O'Connell,* for appellant.

*Mr. William B. Saxbe,* attorney general, and *Mr. Bernard L. Heffernan,* for appellee.

*Per Curiam.* The judgment of the Court of Appeals (6 Ohio App. 2d 31) is reversed, and the judgment of the Court of Common Pleas is affirmed for the reasons stated in the opinion of the Court of Common Pleas, reported in 9 Ohio Misc. 123.

*Judgment reversed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.